**RUSK**

v.

**UNIVERSITY OF UTAH RISK MGMT**

20161063

Supreme Court of Utah.

01-04-2017

20160850

Petition for Writ of Certiorari Denied.

■

**GO INVEST WISELY**

v.

**BARNES**

20161065

Supreme Court of Utah.

02-17-2017

20141095
382 P.3d 623

Petition for Writ of Certiorari Denied.

■

**THOMPSON**

v.

**WARDLEY CO**

20170011

Supreme Court of Utah.

02/17/2017

20140962, 382 P.3d 682

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**KIRBY**

20160809

Supreme Court of Utah.

01/25/2017

20140012, 382 P.3d 644

Petition for Writ of Certiorari Denied.